```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

**KENNETH AUSTION,**          )
                              )
    **Plaintiff,**         )
                              )
v.                            )   No. 3:03-0854
                              )   JUDGE ECHOLS
**CITY OF CLARKSVILLE and**   )
**V. LAVOYED HUDGINS,**       )
                              )
    **Defendants.**        )

<u>ORDER</u>

For the reasons explained herein and in the Memorandum entered herewith, the Court rules as follows:

(1) Defendant's Motion for Presentation of Post Trial Motions by Oral Argument (Docket Entry No. 109) and Defendant's Motion Requesting Oral Argument (Docket Entry No. 114), are hereby DENIED because oral argument would not be helpful. The Court presided at trial and is prepared to review the parties' post-judgment filings and rule accordingly.

(2) Defendant's Renewed Motion for Judgment as a Matter of Law, Motion for New Trial, and Motion for Remittitur or to Alter or Amend the Judgment (Docket Entry No. 105), are hereby DENIED.

(3) Defendant's Supplemental Renewed Motion for Judgment as a Matter of Law, Motion for New Trial, and Motion for Remittitur or to Alter or Amend the Judgment (Docket Entry No. 107), are hereby DENIED.

1

(4) Defendant's Motion for Permission to Interview Jurors (Docket Entry No. 110), is hereby DENIED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE